(123 So. 923)

Carl BONE v. STATE.   (7 Div. 567.)

Court of Appeals of Alabama.   Oct. 8, 1929.

PER CURIAM.   Appeal dismissed on motion of appellant.

(119 So. 919)

L. E. BOONE et al. v. Mrs. G. D. CONLEY.
(4 Div. 476.)

Court of Appeals of Alabama.   Jan. 22, 1929.

SAMFORD, J.   Affirmed on motion.

(123 So. 913)

Jas., alias Dick, BOONE, Jr., v. STATE.
5 Div. 797.

Court of Appeals of Alabama.
May 13, 1930.

SAMFORD, J.
Appeal dismissed.

(125 So. 918)

Jim BOONE v. STATE.   (5 Div. 767.)

Court of Appeals of Alabama.   Dec. 17, 1929.

Jas. W. Strother, of Dadeville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.   Reversed and remanded.

(124 So. 919)

J. W. BOONE v. STATE.   (4 Div. 597.)

Court of Appeals of Alabama.   Nov. 19, 1929.

RICE, J.   Affirmed.

(122 So. 920)

Henry BOOTHE v. STATE.   (6 Div. 518.)

Court of Appeals of Alabama.   May 7, 1929.

RICE, J.   Affirmed.

(125 So. 918)

BOSWORTH–SMITH CO. v. C. O. BARRETT.
(5 Div. 783.)

Court of Appeals of Alabama.   Nov. 26, 1929.

BRICKEN, P. J.   Affirmed.

(125 So. 918)

Walter BOUTWELL v. STATE.   (3 Div. 654.)

Court of Appeals of Alabama.   Jan. 14, 1930.

R. Nelson Brassell, of Montgomery, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.   Defendant was convicted of assault to murder.   We have examined this record as required by the statute.   There are no errors, and the judgment is affirmed.

(124 So. 919)

Richard BOWDOIN v. STATE.   (4 Div. 588.)

Court of Appeals of Alabama.   Nov. 12, 1929.

SAMFORD, J.   Affirmed.

(124 So. 919)

Houston BOWEN v. STATE.   (4 Div. 534.)

Court of Appeals of Alabama.   Nov. 12, 1929.

BRICKEN, P. J.   Appeal dismissed.